■ HENRY ETTINGER v. MEDICAL SOCIETY OF THE COUNTY OF QUEENS, INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ SAM ROSENBAUM v. FIRST NATIONAL CITY BANK OF NEW YORK.— Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ ESTELLE WEXLER v. CHASE MANHATTAN BANK.— Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ DANICK LIMITED v. JAY EMMETT ASSOCIATES, INC. et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of ALFRED GOLDBERG, as Administrator of the Estate of JACOB GOLDBERG, Deceased, Appellant, against ANNA KRAMER, Respondent.— Motion to dismiss appeal from decree granted, unless appellant files a proper undertaking approved by the Surrogate or a cash deposit in lieu thereof, within 20 days after service of a copy of the order entered herein with notice of entry thereof. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of ALFRED GOLDBERG, as Administrator of the Estate of JACOB GOLDBERG, Deceased, Appellant, against ANNA KRAMER, Respondent.— Motion to require respondent to file an undertaking denied. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN FRANK.— Enlargement of time granted. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GERALD GARDE.— Enlargement of time granted. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH KURASH.— Enlargement of time granted. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

## (July 7, 1960)

■ DORA RUBINSTEIN et al. v. PENNSYLVANIA RAILROAD COMPANY OF NEW JERSEY and BERNARD H. CANTOR.— Motion for reargument is granted and the order of June 7, 1960 (ante, p. 640) of this court is vacated. Upon reargument the judgment appealed from is unanimously modified on the law, on the facts and in the exercise of discretion to the extent of ordering a new trial as to all defendants except the defendant Cantor and, as so modified, the judgment is affirmed, with costs to appellants as against plaintiffs-respondents and with costs to defendant-respondent Cantor as against defendant Pennsylvania Railroad Company. Concur — Botein, P. J., Breitel, Stevens and Bergan, JJ.

■ FLORENCE STEINER et al. v. DAVID BRAITMAN.— Motion unanimously granted and the defendant-appellant is directed to resettle the papers on appeal so as to strike therefrom all papers which are not recited in the order appealed from, with leave, however, to the defendant-appellant, if he be so advised, to move at Special Term to resettle the order appealed from so as to recite any additional papers which were considered by the court in deciding the motion. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of MICHELE J. MARZULLO et al., against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al.— Motion for leave to appeal on the original record and upon typewritten petitioners' points denied, with leave, however, to renew on a proper affidavit of merits. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.